ANTHONY LA GUMINA, Appellant, *v.* CITIZENS CASUALTY COMPANY OF NEW YORK, Respondent.

Supreme Court, Appellate Term, First Department, January 26, 1944.

See headnote, 180 Misc. 877.

*Brendan C. Kelly* and *Reginald V. Spell* for appellant.

*Harold Davis* for defendant.

Judgment and order affirmed, with costs. No opinion.

HAMMER, SHIENTAG and HECHT, JJ., concur.